## Hiram J. Hanchett v. James McKelvey.

*Evidence: Payment.* The evidence in this case sustains the case made by the bill, that the mortgage held by defendant, and which he was seeking to foreclose by advertisement, had been fully paid and satisfied.

*Heard April 21.     Decided April 27.*

Appeal in Chancery from Barry Circuit.

This was a bill to restrain the foreclosure of a mortgage held by defendant on lands owned by complainant, and which the latter claimed had been fully paid and satisfied, but which, nevertheless, the defendant was proceeding to foreclose by advertisement. The case was heard on pleadings and proofs, and the court below held that there was still due on the mortgage the sum of ninety-eight dollars and twenty-five cents, and decreed accordingly. The complainant appealed.

*Wright & Holbrook,* for complainant.

*C. G. Holbrook* and *I. M. Crane,* for defendant.

PER CURIAM:

We are of opinion that on the evidence the mortgage held by defendant should have been decreed paid and satisfied.

The decree will be reversed, and decree entered in this court for complainant, with costs of both courts.